[No. 16458-2-II.     Division Two.     December 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRONE F. THOMAS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-1-00263-7, James I. Maddock, J., entered August 21, 1992. *Affirmed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 16254-7-II.     Division Two.     December 7, 1994.]

WILLIAM TENNYSON, ET AL, *Respondents*, v. SHIRLEY HUTCHINS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-04517-3, Nile E. Aubrey, J., entered June 19, 1992. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Seinfeld, J.

[No. 31754-7-I.     Division One.     December 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JANICE M. JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-01084-2, Peter Jarvis, J., entered October 20, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 30720-7-I.     Division One.     December 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD RICHARD ZACHARIASEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-07532-4, James D. McCutcheon, Jr., J., entered May 20, 1992. *Affirmed* by unpublished per curiam opinion.